**CLOSED**

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

ERIC RHETT                               :
                                         :           08cv5308
            Plaintiff(s)                 :
                                         :
        v.                               :      **ORDER OF DISMISSAL**
                                         :
SOCIAL SECURITY ADMINISTRATION,
                    Et al                :
            Defendant(s)
                                         :

It appearing that Plaintiff having failed to properly serve Defendants and file proof of service by November 8, 2010, as directed in the Court order filed on October 12, 2010 [doc. #15];

It is on this 9th day of November, 2010,

ORDERED that this action be closed and taken off of the Court's active docket.

_____
SUSAN D. WIGENTON
United States District Judge